IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RBC BANK (USA), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 1:11-cv-621-CG-B |
| | ) |
| WALTER K. HOLLIDAY, and | ) |
| REBECCA S. HOLLIDAY, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor the plaintiff, PNC Bank, N.A., successor to RBC Bank (USA), and against the defendants, Walter K. Holliday and Rebecca S. Holliday, in the amount of **$146,019.37**. This figure is comprised of **$138,205.67** on the note, and attorneys' fees of **$7,813.70**. Costs are to be taxed against the defendants.

**DONE and ORDERED** this 17th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE